IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-456 |
| | ) | |
| JAMES BRYANT LEE, III; | ) | |
| RUTH ANN LEE; | ) | |
| JBL ELECTRIC COMPANY, INC.; | ) | |
| CARL A. STRUCK; | ) | |
| MARIA LIZA R. STRUCK; and | ) | |
| COMAL COUNTY TAX ASSESOR- | ) | |
| COLLECTOR; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action (1) to reduce to judgment over $2 million of unpaid federal tax liabilities owed by JBL Electric Company, Inc.; (2) to secure a judgment holding that James Bryant Lee, III and Ruth Ann Lee are the alter egos of JBL Electric Company, Inc., and that their assets may be reached to satisfy JBL Electric Company, Inc.'s tax liabilities; and (3) to enforce the associated federal tax liens against certain real property belonging to Mr. and Mrs. Lee to satisfy JBL Electric Company, Inc.'s tax liabilities. For its complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1.     Jurisdiction is conferred upon this district court pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2.        Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396.

3.        Plaintiff is the United States of America.

4.        Defendant James Bryant Lee, III resides in Comal County, Texas, within the jurisdiction of this Court. Mr. Lee may be served at 181 Breezy Oak Rd., Spring Branch, Texas 78070.

5.        Defendant Ruth Ann Lee, the wife of James Bryant Lee, III, resides in Comal County, Texas, within the jurisdiction of this Court. Mrs. Lee may be served at 181 Breezy Oak Rd., Spring Branch, Texas 78070.

6.        JBL Electric Company, Inc. ("JBL Electric"), the taxpayer in this action, is a Louisiana business corporation formed by James B. Lee, III. JBL Electric may be served by serving its president, Mr. Lee, at 181 Breezy Oak Rd., Spring Branch, Texas 78070. According to the Louisiana Secretary of State, JBL Electric's principal office address is located at 8518 Line Ave., Suite 101, Shreveport, LA 71106; however, according to JBL Electric's website, its main office is located at 181 Breezy Oak Rd., Spring Branch, Texas 78070. JBL Electric's corporate meeting minutes reflect that its corporate address is 181 Breezy Oak Rd., Spring Branch, Texas 78070. Mr. Lee operates JBL Electric out of his residence located at 181 Breezy Oak Rd., Spring Branch, Texas 78070. Credit card statements for JBL Electric's corporate credit card were sent to 181 Breezy Oak Rd., Spring Branch, Texas 78070. JBL Electric's website states that "We are a family owned business proudly serving South Texas." and provides a list of services that "we provide our customers in … South Texas." Indeed, JBL Electric provided labor and materials for the construction of a Hampton Inn in Spring Branch, Texas in 2016 and 2017. Consequently, the Court has personal jurisdiction over JBL Electric consistent with the 14th Amendment's due process clause because JBL Electric has certain minimum contacts with Texas

such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice.

7.     Defendant Carl A. Struck is joined as a party as required by 26 U.S.C. § 7403(b) because he may claim a lien interest in the Vacant Lot as defined below upon which the United States seeks to enforce its liens. Mr. Struck may be served at 1320 7th Street, Blanco, Texas 78606.

8.     Defendant Maria Liza R. Struck is joined as a party as required by 26 U.S.C. § 7403(b) because she may claim a lien interest in the Vacant Lot as defined below upon which the United States seeks to enforce its liens. Ms. Struck may be served at 1320 7th Street, Blanco, Texas 78606.

9.     Defendant Comal County Tax Assessor-Collector is joined as a party as required by 26 U.S.C. § 7403(b) because it may claim ad valorem tax lien interests in the properties upon which the United States seeks to enforce its liens. Comal County Tax Assessor-Collector may be served at 205 N. Seguin Avenue, New Braunfels, Texas 78130.

### THE SUBJECT PROPERTIES

10.     The title of the first real property upon which the United States seeks to enforce its federal tax liens is owned in the name of James B. Lee, III, and consists of the land, along with all improvements, buildings, and appurtenances thereon, now known as and numbered 181 Breezy Oak Road, Spring Branch, Texas 78070 ("the Residence"). By Warranty Deed recorded in the Official Public Records of Comal County, Texas on January 31, 2012, Mr. Lee acquired the Residence, which has the following legal description:

> Lot 14, SPRING BRANCH MEADOWS, UNIT 1, situated in Comal County, Texas, according the plat thereof recorded in Volume 13, Pages 179-180, Map and Plat Records of Comal County, Texas.

11.     The title of the second real property upon which the United States seeks to enforce its federal tax liens is owned in the names of James Bryant Lee, III and Ruth Ann Lee, husband and wife, and consists of the land, along with all improvements, buildings, and appurtenances thereon, now known as and numbered 163 Breezy Oak Road, Spring Branch, Texas 78070 ("the Vacant Lot"). By Warranty Deed with Vendor's Lien recorded in the Official Public Records of Comal County, Texas on June 22, 2017, Mr. and Mrs. Struck conveyed to Mr. and Mrs. Lee the Vacant Lot, which has the following legal description:

> Lot 13, SPRING BRANCH MEADOWS UNIT 1, Comal County, Texas, according to plat thereof recorded in Volume 13, Pages 179-180, Map and Plat Records of Comal County, Texas.

12.     Mr. and Mrs. Lee acquired the Vacant Lot through a Promissory Note dated June 7, 2017, in which Mr. and Mrs. Lee promised to pay Mr. and Mrs. Struck $76,000, plus interest at 5.50%. The maturity date in the Promissory Note is June 7, 2027.

## COUNT 1
## Judgment for Tax Liabilities against JBL Electric Company, Inc.

### *Employment Tax (Form 941) Liabilities against JBL Electric*

13.     On the following dates, a delegate of the Secretary of the Treasury made the following assessments against JBL Electric Company, Inc. for federal withheld income and Federal Insurance Contributions Act ("FICA") taxes, as well as the employer's portion of the FICA taxes, and penalties for the following periods and in the following amounts (collectively, "the Employment Tax Liabilities"), which have balances due with accruals and costs of $2,464,476.59, as of November 23, 2018, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due as of 11/23/2018 |
|---|---|---|---|---|
| 12/31/2006 | 04/02/2007 | Tax | $111,122.14 | |
| | 04/02/2007 | Late Payment Penalty | $    1,666.83 | |
| | 04/02/2007 | Deposit Penalty | $ 11,112.20 | |

|  | 05/07/2007 | Deposit Penalty | $ 5,556.11 |  |
|  | 09/10/2007 | Late Payment Penalty | $ 5,000.50 | $130,542.24 |
| 03/31/2007 | 07/30/2007 | Tax | $ 94,317.77 |  |
|  | 07/30/2007 | Late Payment Penalty | $ 1,414.77 |  |
|  | 07/30/2007 | Deposit Penalty | $ 9,431.78 |  |
|  | 09/03/2007 | Deposit Penalty | $ 4,715.89 | $146,504.26 |
| 06/30/2007 | 10/22/2007 | Tax | $ 96,585.71 |  |
|  | 10/22/2007 | Late Payment Penalty | $ 1,448.79 |  |
|  | 10/22/2007 | Deposit Penalty | $ 9,658.55 |  |
|  | 11/26/2007 | Deposit Penalty | $ 4,829.29 | $199,043.02 |
| 09/30/2007 | 02/18/2008 | Tax | $224,153.06 |  |
|  | 02/18/2008 | Late Filing Penalty | $ 10,086.89 |  |
|  | 02/18/2008 | Deposit Penalty | $ 22,415.29 |  |
|  | 02/18/2008 | Late Payment Penalty | $ 3,362.30 |  |
|  | 03/24/2008 | Deposit Penalty | $ 11,207.65 | $466,549.22 |
| 12/31/2007 | 03/24/2008 | Tax | $265,742.87 |  |
|  | 03/24/2008 | Deposit Penalty | $ 25,862.87 |  |
|  | 03/24/2008 | Late Payment Penalty | $ 2,586.29 |  |
|  | 04/28/2008 | Deposit Penalty | $ 12,931.44 | $514,634.05 |
| 03/31/2008 | 06/30/2008 | Tax | $220,070.31 |  |
|  | 06/30/2008 | Deposit Penalty | $ 21,139.24 |  |
|  | 06/30/2008 | Late Payment Penalty | $ 2,181.30 |  |
|  | 08/04/2008 | Deposit Penalty | $ 10,906.50 | $417,859.13 |
| 06/30/2008 | 10/06/2008 | Tax | $172,370.48 |  |
|  | 10/06/2008 | Deposit Penalty | $ 17,237.05 | $25,610.47 |
| 9/30/2008 | 01/05/2009 | Tax | $134,536.10 |  |
|  | 01/05/2009 | Deposit Penalty | $ 13,453.59 |  |
|  | 01/05/2009 | Late Payment Penalty | $ 2,018.04 |  |
|  | 02/16/2009 | Deposit Penalty | $ 6,726.80 | $258,031.22 |
| 12/31/2008 | 03/16/2009 | Tax | $141,582.46 |  |
|  | 03/16/2009 | Late Payment Penalty | $ 1,040.09 | $174,900.59 |
| 12/31/2016 | 04/03/2017 | Tax | $ 25,800.58 |  |
|  | 04/03/2017 | Deposit Penalty | $ 2,248.14 |  |
|  | 04/03/2017 | Late Payment Penalty | $ 328.60 |  |
|  | 05/08/2017 | Deposit Penalty | $ 1,095.34 |  |
|  | 05/08/2017 | Late Payment Penalty | $ 109.54 |  |
|  | 10/08/2018 | Late Payment Penalty | $ 1,862.08 | $30,039.94 |
| 03/31/2017 | 09/18/2017 | Tax | $ 31,509.13 |  |
|  | 09/18/2017 | Deposit Penalty | $ 3,150.91 |  |
|  | 09/18/2017 | Late Payment Penalty | $ 787.73 |  |

| | 10/23/2017 | Deposit Penalty | $ 1,575.46 | |
| | 10/23/2017 | Late Payment Penalty | $ 157.54 | |
| | 10/08/2018 | Late Payment Penalty | $ 3,781.10 | **$44,238.43** |
| 06/30/2017 | 10/02/2017 | Tax | $ 28,013.93 | |
| | 10/02/2017 | Deposit Penalty | $ 2,027.29 | |
| | 10/02/2017 | Late Payment Penalty | $ 240.32 | |
| | 11/06/2017 | Deposit Penalty | $ 801.05 | |
| | 11/06/2017 | Late Payment Penalty | $ 80.10 | |
| | 10/08/2018 | Late Payment Penalty | $ 1,762.31 | **$22,434.30** |
| 09/30/2017 | 01/01/2018 | Tax | $ 28,811.07 | |
| | 01/01/2018 | Deposit Penalty | $ 2,320.57 | |
| | 02/05/2018 | Deposit Penalty | $ 1,332.52 | |
| | 02/05/2018 | Late Payment Penalty | $ 133.25 | **$31,683.03** |
| 12/31/2017 | 03/05/2018 | Tax | $ 28,661.15 | |
| | 03/05/2018 | Late Payment Penalty | $ 21.18 | **$2,406.69** |
| **TOTAL:** | | | | **$2,464,476.59** |

14.     A delegate of the Secretary of the Treasury gave notice and demand for payment of the Employment Tax Liabilities to JBL Electric. After the application of statutory interest, penalties, other additions, abatements, payments, and credits, JBL Electric owed $2,464,476.59, as of November 23, 2018, for the Employment Tax Liabilities.

15.     Despite notice and demand, JBL Electric has failed, neglected, or refused to fully pay the Employment Tax Liabilities.

16.     Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that JBL Electric is liable to the United States for the Employment Tax Liabilities in the amount of $2,464,476.59 as of November 23, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

***Unemployment Tax (Form 940) Liabilities against JBL Electric***

17.     On the following dates, a delegate of the Secretary of the Treasury made the following assessments against JBL Electric for Federal Unemployment Tax Act taxes and

penalties (collectively, "the Unemployment Tax Liabilities"), which have balances due with accruals and costs of $3,069.45 as of November 23, 2018, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due as of 11/23/2018 |
|---|---|---|---|---|
| 12/31/2007 | 05/05/2008 | Tax | $5,182.97 | |
| | 05/05/2008 | Deposit Penalty | $   319.73 | |
| | 05/05/2008 | Late Payment Penalty | $     25.97 | $3,069.45 |
| | 06/09/2008 | Deposit Penalty | $     64.93 | |
| TOTAL: | | | | $3,069.45 |

18.    A delegate of the Secretary of the Treasury gave notice and demand for payment of the Unemployment Tax Liabilities to JBL Electric. After the application of statutory interest, penalties, other additions, abatements, payments, and credits, JBL Electric owed $3,069.45, as of November 23, 2018, for the Unemployment Tax Liabilities.

19.    Despite notice and demand, JBL Electric has failed, neglected, or refused to fully pay the Unemployment Tax Liabilities.

20.     Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that JBL Electric is liable to the United States for the Unemployment Tax Liabilities in the amount of $3,069.45 as of November 23, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

**_Statute of limitations has not expired on the tax liabilities against JBL Electric_**

21.    This action has been commenced within the applicable statute of limitations.

22.    26 U.S.C. § 6502(a) provides that the statute of limitations for collection expires ten (10) years after the date of assessment. Under 26 U.S.C. § 6503(a)(1), the statute of limitations for collection is suspended whenever the IRS is prohibited from collecting the tax by levy or proceeding in court. The IRS is prohibited from collecting the tax by levy or proceeding

in court during the period an offer in compromise is pending, for 30 days immediately following

the rejection of the offer, and for any period when a timely filed appeal from the rejection is

being considered by IRS Appeals. *See* 26 U.S.C. §6331(k)(1); 26 CFR 301.7122-1(g)(1) & (i).

23.     JBL Electric timely submitted an offer in compromise for the Employment Tax

Liabilities and the Unemployment Tax Liabilities, which the IRS accepted for processing on

May 21, 2009. The offer in compromise was resolved by IRS Appeals on April 15, 2011.

Therefore, the statute of limitations for collection of these tax liabilities was extended by 694

days.

24.     In addition, JBL Electric submitted an installment agreement on March 18, 2013,

for the Employment Tax Liabilities and the Unemployment Tax Liabilities, which the IRS

accepted on May 29, 2013. Therefore, the statute of limitations for collection of these tax

liabilities was extended by 72 days. 26 U.S.C. § 6331(k)(2)(A); 26 U.S.C. § 6503(a)(1).

25.     In total, the statute of limitations for collection of these tax liabilities was

extended by 766 days (694 days for JBL Electric's Offer in Compromise + 72 days for JBL

Electric's pending installment agreement).

26.     The ten (10) year statute of limitations period for collection of these tax liabilities

was extended, and has not expired, as follows:

| Tax Type | Tax Period Ending | Assessment Date | I.R.C. § 6502(a) ten (10) year collection deadline | Extension of I.R.C. § 6502(a) ten (10) year collection deadline by 766 days |
|---|---|---|---|---|
| Employment | 12/31/2006 | 04/02/2007 | 04/02/2017 | 05/08/2019 |
| Employment | 03/31/2007 | 07/30/2007 | 07/30/2017 | 09/04/2019 |
| Employment | 06/30/2007 | 10/22/2007 | 10/22/2017 | 11/27/2019 |
| Employment | 09/30/2007 | 02/18/2008 | 02/18/2018 | 03/25/2020 |
| Employment | 12/31/2007 | 03/24/2008 | 03/24/2018 | 04/28/2020 |
| Employment | 03/31/2008 | 06/30/2008 | 06/30/2018 | 08/04/2020 |

-8-

| Employment | 06/30/2008 | 10/06/2008 | 10/06/2018 | 10/10/2020 |
| Employment | 9/30/2008 | 01/05/2009 | 01/05/2019 | 02/09/2021 |
| Employment | 12/31/2008 | 03/16/2009 | 03/16/2019 | 04/20/2021 |
| Unemployment | 12/31/2007 | 05/05/2008 | 05/05/2018 | 06/09/2020 |

## COUNT 2
### Mr. and Mrs. Lee are the alter egos of JBL Electric

27.     Pursuant to 26 U.S.C. § 7402(a) and common law, an alter ego of a taxpayer may be held liable for debts owed by a taxpayer and the alter ego's assets may be reached to satisfy those debts. *See, e.g., Century Hotels v. United States*, 952 F.2d 107, 110 n.5 (5th Cir. 1992); *Zahra Spiritual Trust v. United States*, 910 F.2d 240, 244-245 (5th Cir. 1990).

28.     Mr. and Mrs. Lee are the alter egos of JBL Electric, and their assets, including the Residence and the Vacant Lot, may be reached to satisfy JBL Electric's debts.

   a.   Mr. Lee is the President and sole shareholder of JBL Electric.

   b.   Mr. Lee solely controls JBL Electric.

   c.   Mr. Lee has comingled the business funds of JBL Electric with his personal funds.

   d.   Mr. Lee used his corporate credit card for JBL Electric to satisfy his personal debts.

   e.   Mr. Lee has also transferred funds from the bank accounts of JBL Electric to pay his personal debts.

   f.   JBL Electric is inadequately capitalized and requires loans to meet its payroll and expenses.

   g.   JBL Electric fails to observe corporate formalities and maintain proper business records.

    h.   Mrs. Lee is not an employee, shareholder, officer, or third-party contractor of JBL Electric.

    i.   Nevertheless, Mrs. Lee has had a corporate credit card for JBL Electric, which she has used to satisfy her personal debts, and has received checks from JBL Electric.

    j.   Mrs. Lee has also used JBL Electric's funds to pay her personal expenses.

29.    Accordingly, the United States is entitled to a judgment that Mr. and Mrs. Lee are the alter egos of JBL Electric, and that their assets, including the Residence and the Vacant Lot, shall be used to satisfy JBL Electric's outstanding tax liabilities.

## COUNT 3
## Enforcement of Federal Tax Liens

30.    Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal or failure by JBL Electric to pay the Employment Tax Liabilities and the Unemployment Tax Liabilities after notice and demand, federal tax liens arose on the dates of the assessments, and attached to all property and rights to property belonging to JBL Electric.

31.    Additionally, the Internal Revenue Service publicly filed Notices of Federal Tax Lien ("NFTL") in accordance with 26 U.S.C. § 6323(f) with the County Clerk of Comal County, Texas as follows:

| Type of Tax | Taxpayer | Tax Periods Ending | Date NFTL Filed |
| --- | --- | --- | --- |
| Employment | JBL Electric | 12/31/2016 | 09/13/2017 |
| Employment | JBL Electric | 03/31/2008 06/30/2008 09/30/2008 12/31/2008 03/31/2017 06/30/2017 | 12/05/2017 |
| Unemployment | JBL Electric | 12/31/2007 | 12/05/2017 |
| Employment | JBL Electric | 03/31/2008 06/30/2008 | 02/21/2018 |

| | | 09/30/2008 | |
|---|---|---|---|
| Unemployment | JBL Electric | 12/31/2007 | 02/21/2018 |
| Employment | JBL Electric | 9/30/2017 | 03/20/2018 |
| Employment | JBL Electric | 09/30/2007<br>12/31/2008 | 07/02/2018 |
| Employment | JBL Electric | 12/31/2006<br>03/31/2007<br>06/30/2007<br>09/30/2007<br>12/31/2007 | 09/05/2018 |
| Employment | James B. Lee as Alter Ego of JBL Electric. | 12/31/2006<br>03/31/2007<br>06/30/2007<br>09/30/2007<br>12/31/2007<br>03/31/2008<br>06/30/2008<br>09/30/2008<br>12/31/2008<br>12/31/2016<br>03/31/2017<br>06/30/2017<br>09/30/2017 | 11/06/2018 |
| Unemployment | James B. Lee as Alter Ego of JBL Electric | 12/31/2007 | 11/06/2018 |
| Employment | Ruth A. Lee as Alter Ego of JBL Electric | 12/31/2006<br>03/31/2007<br>06/30/2007<br>09/30/2007<br>12/31/2007<br>03/31/2008<br>06/30/2008<br>09/30/2008<br>12/31/2008<br>12/31/2016<br>03/31/2017<br>06/30/2017<br>09/30/2017 | 11/06/2018 |
| Unemployment | Ruth A. Lee as Alter Ego of JBL Electric | 12/31/2007 | 11/06/2018 |

-11-

32.    Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce the federal tax liens described above against the Residence and the Vacant Lot, and have the Residence and the Vacant Lot sold in a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including the reasonable costs and expenses incurred to secure and maintain the Residence and the Vacant Lot; second, to the defendant Comal County, Texas to pay any ad valorem taxes due and owing on the Residence and the Vacant Lot which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the United States to pay the tax liabilities described above; and, fourth, to the other parties in accordance with the law; or, as otherwise determined by the Court in accordance with the law.

## PRAYER

WHEREFORE, the United States of America prays for a judgment determining:

A.    That JBL Electric Company, Inc. is liable for the Employment Tax Liabilities, which have balances due with accruals and costs of $2,464,476.59, as of November 23, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c), until paid;

B.    That JBL Electric Company, Inc. is liable for the Unemployment Tax Liabilities, which have balances due with accruals and costs of $3,069.45 as of November 23, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid;

C.      That Mr. and Mrs. Lee are the alter egos of JBL Electric Company, Inc., and that their assets, including the Residence and the Vacant Lot, shall be sold to satisfy JBL Electric Company, Inc.'s Employment Tax Liabilities and Unemployment Tax Liabilities;

D.      That the federal tax liens securing JBL Electric Company, Inc.'s Employment Tax Liabilities and Unemployment Tax Liabilities shall be enforced against the Residence and Vacant Lot by ordering the sale of the entire Residence and Vacant Lot in a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including the reasonable costs and expenses incurred to secure and maintain the Residence and Vacant Lot; second, to the defendant Comal County, Texas, to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the plaintiff United States to pay JBL Electric Company, Inc.'s Employment Tax Liabilities and Unemployment Tax Liabilities; and, fourth, to the other parties in accordance with the law; or, as otherwise determined by the Court in accordance with the law; and

E.      That awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:      /s/ Holly M. Church
       HOLLY M. CHURCH
       Attorney, Tax Division
       State Bar No. 24040691
       MANUEL P. LENA, JR.
       Attorney, Tax Division
       State Bar No. 12201255
       Department of Justice
       717 N. Harwood, Suite 400
       Dallas, Texas 75201
       (214) 880-2432
       (214) 880-9742 (FAX)
       Holly.M.Church@USDOJ.gov

       ATTORNEYS FOR THE UNITED STATES

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)   Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)   County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)   Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.   Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.   Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.   Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.   Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.   Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.   Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.   Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.